UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc., | ) |
| | ) Case No. 1:16-cv-11950 |
| Plaintiff, | ) |
| v. | ) |
| ExxonMobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company, | ) |
| Defendants. | ) |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Conservation Law Foundation, Inc. ("CLF"), a nongovernmental corporate party to the above-captioned proceeding, has nothing to disclose pursuant to Local Rule 7.3 and Federal Rule of Civil Procedure 7.1. CLF has no parent corporation nor is it a corporation in which any person or entity owns stock.

Respectfully submitted,                                    Dated: September 29, 2016

CONSERVATION LAW
FOUNDATION, INC.

By its attorney:

/s/ Zachary Griefen
Zachary K. Griefen, BBO # 665521
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x4011
zgriefen@clf.org