UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, Inc.,<br><br>Plaintiff,<br>v.<br><br>EXXONMOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY,<br><br>Defendants. | No. 16-cv-11950 (MLW) |

**CORPORATE DISCLOSURE STATEMENT OF
EXXON MOBIL CORPORATION, EXXONMOBIL
OIL CORPORATION, AND EXXONMOBIL PIPELINE COMPANY**

ExxonMobil Corporation is a publicly held corporation, shares of which are traded on the New York Stock Exchange under the symbol XOM. Exxon Mobil Corporation has no parent corporation, and no entity owns more than 10% of its stock. ExxonMobil Oil Corporation is wholly owned by Mobil Corporation, which is wholly owned by Exxon Mobil Corporation. ExxonMobil Pipeline Company is wholly owned by Exxon Pipeline Holdings, Inc., which is wholly owned by Exxon Mobil Corporation.

> Respectfully submitted,
>
> EXXON MOBIL CORPORATION,
> EXXONMOBIL OIL CORPORATION, and
> EXXONMOBIL PIPELINE COMPANY
>
> By their attorneys,
>
> /s/ *Deborah E. Barnard*
> Deborah E. Barnard (BBO# 550654)
> Jessica Ragosta Early (BBO# 672878)
> Nathaniel F. Hulme (BBO# 678447)
> HOLLAND & KNIGHT LLP
> 10 St. James Avenue, 11th Floor

Boston, MA 02116  
Ph: (617) 523-2700  
Fax: (617) 523-6850  
deborah.barnard@hklaw.com  
jessica.early@hklaw.com  
nathaniel.hulme@hklaw.com

Dated: November 11, 2016

## **CERTIFICATE OF SERVICE**

I, Deborah E. Barnard, hereby certify that, in accordance with Local Rule 5.2(b), this document was filed through the ECF system on November 11, 2016 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Deborah E. Barnard*
Deborah E. Barnard