UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | ) )  )  Case No. 1:16-cv-11950-MLW |
| Plaintiff, | ) ) |
| v. | ) ) |
| EXXONMOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, AND EXXONMOBIL PIPELINE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

### DECLARATION OF ELIZABETH B. PETERSEN

Pursuant to U.S.C. § 1746, I, Elizabeth B. Petersen, declare as follows:

1. I am a member at the law firm Kanner & Whiteley, L.L.C. I am one of the attorneys representing the Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") in this matter. I was granted leave to appear *pro hac vice* in this matter on September 29, 2016 [Rec. Doc. 6].

2. I have personal knowledge of the facts stated herein, based on my experience or my consultation with others, or they are known to me in my capacity as counsel for CLF, and each of them is true and correct.

3. I submit this declaration in support of the Plaintiff's Opposition to Defendants' Motion to Dismiss.

4. Attached as Exhibit A, is a true and correct copy of the Declaration of Damali Vidot.

5. Attached as Exhibit B, is a true and correct copy of the Declaration of Dake Henderson.

6. Attached as Exhibit C, is a true and correct copy of the Declaration of Roseann Bongiovanni.

7. Attached as Exhibit D, is a true and correct copy of the Declaration of Ken Krause.

8. Attached as Exhibit E, is a true and correct copy of the Declaration of Dr. Ellin Reisner.

9. Attached as Exhibit F, is a true and correct copy of the Letter from Guy J. Musto, Everett Terminal Superintendent, to Bryan Olson, Director, EPA Office of Site Remediation & Restoration, Re: Request for substantiation from the affected business in response to a request under the Freedom of Information Act (FOIA), Request # EPA-R1-2016001311.

10. Attached as Exhibit G, is a true and correct copy of the NPDES Part II Standard Conditions (January, 2007).

11. Attached as Exhibit H, is a true and correct copy of an excerpt from the Final Audit Report/Report Findings of ExxonMobil Pipeline Company Everett Terminal in Everett, Massachusetts, Shaw Project No. 145032, for the Audit Period of May 1, 2011 to March 16, 2012, prepared by Shaw Environmental, Inc. for the United States Probation Office for the District of Massachusetts, the United States Environmental Protection Agency and the United States Coast Guard.

12. Attached as Exhibit I, is a true and correct copy of the Declaration of David Mears.

13. Attached as Exhibit J, is a true and correct copy of the Declaration of John DeVillars.

14. Attached as Exhibit K, is a true and correct copy of the Declaration of Wendi Goldsmith.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on December 20, 2016 | Respectfully submitted, |
| | KANNER & WHITELEY, LLC |
| | |
| | */s/* Elizabeth B. Petersen |
| | Elizabeth B. Petersen |
| | Kanner & Whiteley, LLC |
| | 701 Camp Street |
| | New Orleans, LA 70130 |
| | Counsel for Plaintiff |
| | Conservation Law Foundation, Inc. |

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Elizabeth B. Petersen, hereby certify that this document filed through the ECF system on December 20, 2016, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/*Elizabeth B. Petersen
Elizabeth B. Petersen