UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, AND EXXONMOBIL PIPELINE COMPANY, <br><br> Defendants. | Case No. 1:16-cv-11950-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Heather A. Murray of Conservation Law Foundation, Inc., on behalf of plaintiff, Conservation Law Foundation, Inc.

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.

By its attorney:

 */s/ Heather A. Murray*
Heather A. Murray
BBO# 696356
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1716
hmurray@clf.org

Dated: January 27, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Notice of Appearance was filed through the Court's electronic filing system ("ECF"), by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Heather A. Murray*
Heather A. Murray
BBO# 696356
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1716
hmurray@clf.org

Dated: January 27, 2017