UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, AND EXXONMOBIL PIPELINE COMPANY, <br><br> Defendants. | Case No. 1:16-cv-11950-MLW <br><br> **ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW AS PLAINTIFF'S COUNSEL BY ZACHARY K. GRIEFEN** |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW AS PLAINTIFF'S COUNSEL BY ZACHARY K. GRIEFEN

I respectfully seek leave of this Honorable Court to withdraw my appearance as counsel for plaintiff Conservation Law Foundation, Inc. in the above-captioned matter. This motion is made for good cause: I am leaving CLF's employ as of April 25, 2019. Christopher M. Kilian and Ian D. Coghill of Conservation Law Foundation, Inc. and Allan Kanner, Elizabeth B. Petersen, and Allison S. Brouk of Kanner & Whiteley, LLC will continue to represent the plaintiff in this matter.

Dated: April 23, 2019           Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.

By its attorney:

*/s/ Zachary K. Griefen*
Zachary K. Griefen, Esq., BBO# 665521
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x4011
zgriefen@clf.org

1

## LR 7.1 CERTIFICATION

I hereby certify that I have sought and obtained assent to the relief requested in the foregoing motion from all parties' counsel.

*/s/ Zachary Griefen*
Zachary K. Griefen

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, the foregoing Motion for Leave to Withdraw was filed through the Court's electronic filing system ("ECF"), by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Zachary Griefen*
Zachary K. Griefen