UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br><br>EXXONMOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY,<br><br>    Defendants. | Case No. 1:16-cv-11950-MLW |

**NOTICE OF APPEAL**

Notice is hereby given that Conservation Law Foundation, Inc., the Plaintiff in the abovenamed matter, hereby appeals to the United States Court of Appeals For the First Circuit from the Memorandum and Order entered on March 21, 2020 staying this action.

Dated: April 17, 2020

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.,

By its attorneys:

*/s/ Ian D. Coghill*
Ian D. Coghill, Esq.
BBO# 685754
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1739
icoghill@clf.org

*/s/ Christopher M. Kilian*
Christopher M. Kilian, Esq.*
Conservation Law Foundation
15 East State Street, Suite 4

Montpelier, VT 05602
(802) 223-5992 x4015
ckilian@clf.org

*/s/ Allan Kanner*
Allan Kanner*
Elizabeth B. Petersen*
Allison S. Brouk*
Kanner & Whiteley, LLC
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
a.kanner@kanner-law.com
e.petersen@kanner-law.com
a.brouk@kanner-law.com

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Ian D. Coghill*
Ian D. Coghill

2