**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Conservation Law Foundation, Inc. v. Exxonmobil Corporation et al

District Court Number: 16cv11950-MLW

---

Fee:   Paid? Yes _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

Motions Pending   Yes ____ No _X_           Sealed documents   Yes ____ No _X_
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents   Yes ____ No _X_       Transcripts   Yes _X_ No ____
*If yes, document #* _____          *If yes, document #* 30,58,73,74,102

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#106 Memorandum and Order

Other information:

---

  I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#106 and #108

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 108 filed on April 17, 2020.

  In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 17, 2020.

                                **ROBERT M. FARRELL**
                                Clerk of Court

                                /s/Matthew A. Paine
                                Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**