# United States Court of Appeals
## For the First Circuit

No. 20-1456

CONSERVATION LAW FOUNDATION, INC.,

Plaintiff, Appellant,

v.

EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, EXXONMOBIL PIPELINE COMPANY,

Defendants, Appellees.

**JUDGMENT**

Entered: July 1, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's stay order is vacated, and the matter is remanded for proceedings not inconsistent with the opinion issued this day. Costs to the appellant.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Mark L. Wolf, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Allan Kanner, Christopher Michael Kilian, Ian David Coghill, Deborah E. Barnard, Kannon K. Shanmugam, Jessica Ragosta Early, William Thomas Marks, Daniel J. Toal, Theodore V. Wells Jr., Jamie D. Brooks, Donald Campbell Lockhart, Rayford A. Farquhar