UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br>     Plaintiff, <br><br>     v. <br><br> EXXONMOBIL CORP., EXXONMOBIL OIL CORP., and EXXONMOBIL PIPELINE CO., <br>     Defendants. | 1:16-cv-11950-MLW |

ORDER

WOLF, D.J.                                                                       August 10, 2021

It is hereby ORDERED that, by August 27, 2021, the parties shall confer and report, jointly if possible, concerning: (a) any relevant developments since this court's March 21, 2020 Memorandum and Order staying this case (Dkt. No. 106), including whether the Environmental Protection Agency has released for public notice and comment a draft new permit for defendants' Everett, Massachusetts terminal or issued a new permit for it; (b) proposed next steps in this case and a schedule for them; and (c) any other matters that will facilitate the fair and efficient progress of this case.

                                                                    /s/ Mark L. Wolf
                                                     UNITED STATES DISTRICT JUDGE