UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY,<br>Defendants. | Case No. 1:16-cv-11950-MLW |

## NOTICE OF WITHDRAWAL OF JAMIE D. BROOKS

I hereby withdraw my appearance as counsel for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company ("Defendants" or "ExxonMobil") in the above-captioned matter. As of January 28, 2022, I will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. Accordingly, I request that my appearance be withdrawn and that I be removed from the Court's service list and ECF notifications for this case.

Theodore V. Wells, Jr. and Daniel J. Toal of Paul, Weiss, Rifkind, Wharton & Garrison LLP and Deborah E. Barnard and Jessica R. Early of Holland & Knight LLP will remain counsel for Defendants.

DATED: January 5, 2022

Respectfully submitted,

EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY,

By their attorneys,

/s/ *Jamie D. Brooks*
Jamie D. Brooks (*pro hac vice*)
jbrooks@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington, D.C. 20006-1047
(202) 223-7300
Fax: (202) 223-7420

Theodore V. Wells, Jr. (*pro hac vice*)
twells@paulweiss.com
Daniel J. Toal (*pro hac vice*)
dtoal@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
Fax: (212) 757-3990

By: /s/ *Deborah E. Barnard*
Deborah E. Barnard (BBO # 550654)
deborah.barnard@hklaw.com
Jessica R. Early (BBO # 672878)
jessica.early@hklaw.com
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
(617) 523-2700
Fax: (617) 523-6850

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, the foregoing document was served on Defendants via email and electronically filed through the Court's electronic filing ("ECF") system, by which means a copy of the filing will be sent electronically to the registered participants identified in the Notice of Electronic Filing.

                                                  */s/ Jamie D. Brooks*
                                                  Jamie D. Brooks