## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977)<br><br>WRITER'S DIRECT DIAL NUMBER<br>**(212) 373-3869**<br>WRITER'S DIRECT FACSIMILE<br>**(212) 492-0869**<br>WRITER'S DIRECT E-MAIL ADDRESS<br>**dtoal@paulweiss.com** | UNIT 5201, FORTUNE FINANCIAL CENTER<br>5 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT, BEIJING 100020, CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>SUITES 3601 – 3606 & 3610<br>36/F, GLOUCESTER TOWER<br>THE LANDMARK<br>15 QUEEN'S ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, UNITED KINGDOM<br>TELEPHONE (44 20) 7367 1600<br><br>535 MISSION STREET, 24TH FLOOR<br>SAN FRANCISCO, CA 94105<br>TELEPHONE (628) 432-5100<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (61-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

MATTHEW W. ABBOTT, EDWARD T. ACKERMAN, JACOB A. ADLERSTEIN, JUSTIN ANDERSON, ALLAN J. ARFFA, JONATHAN H. ASHTOR, ROBERT A. ATKINS, SCOTT A. BARSHAY, PAUL M. BASTA, J. STEVEN BAUGHMAN, LYNN B. BAYARD, JOSEPH J. BIAL, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, BRIAN BOLIN, ANGELO BONVINO, ANDRE G. BOUCHARD*, GERALD BRANT, ROBERT A. BRITTON, DAVID W. BROWN, WALTER F. BROWN*, SUSANNA M. BUERGEL, JESSICA S. CAREY, DAVID CARMONA, GEOFFREY R. CHEPIGA, ELLEN N. CHING, WILLIAM A. CLAREMAN, LEWIS R. CLAYTON, YAHONNES CLEARY, REBECCA S. COCCARO, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, THOMAS V. DE LA BASTIDE III, MEREDITH R. DEARBORN*, ARIEL J. DECKELBAUM, KAREN L. DUNN, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, ROSS A. FIELDSTON, ANDREW C. FINCH, BRAD J. FINKELSTEIN, BRIAN P. FINNEGAN, ROBERTO FINZI, PETER E. FISCH, HARRIS FISCHMAN, ANDREW J. FOLEY, VICTORIA S. FORRESTER, HARRIS B. FREIDUS, MANUEL S. FREY, ANDREW L. GAINES, KENNETH A. GALLO, MICHAEL E. GERTZMAN, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, NEIL GOLDMAN, MATTHEW B. GOLDSTEIN, ROBERTO J. GONZALEZ*, CATHERINE L. GOODALL, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRIAN S. GRIEVE, UDI GROFMAN, NICHOLAS P. GROOMBRIDGE, BRUCE A. GUTENPLAN, MELINDA HAAG*, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, IAN M. HAZLETT, BRIAN S. HERMANN, JOSHUA HILL JR., MICHELE HIRSHMAN, JARRETT R. HOFFMAN, ROBERT HOLO, CHRISTOPHER HOPKINS, DAVID S. HUNTINGTON, AMRAN HUSSEIN, LORETTA A. IPPOLITO, WILLIAM A. ISAACSON*, JAREN JANGHORBANI, BRIAN M. JANSON, JEH C. JOHNSON, MATTHEW S. JORDAN, BRAD S. KARP, PATRICK N. KARSNITZ, JOHN C. KENNEDY, ROBERT A. KILLIP, BRIAN KIM, KYLE J. KIMPLER, JEFFREY L. KOCHIAN, ALEXIA D. KORBERG,
ALAN W. KORNBERG, DANIEL J. KRAMER, BRIAN KRAUSE, CAITH KUSHNER, KAISA KUUSK, DAVID K. LAKHDHIR, GREGORY F. LAUFER, BRIAN C. LAVIN, XIAOYU GREG LIU, RANDY LUSKEY*, LORETTA E. LYNCH, JEFFREY D. MARELL, MARCO V. MASOTTI, DAVID W. MAYO, ELIZABETH R. MCCOLM, JEAN M. MCLOUGHLIN, ALVARO MEMBRILLERA, MARK F. MENDELSOHN, CLAUDINE MEREDITH-GOUJON, WILLIAM B. MICHAEL, JUDIE NG SHORTELL*, CATHERINE NYARADY, JANE B. O'BRIEN, BRAD R. OKUN, CRYSTAL L. PARKER, LINDSAY B. PARKS, ANDREW M. PARLEN, DANIELLE C. PENHALL, CHARLES J. PESANT, JESSICA E. PHILLIPS*, AUSTIN S. POLLET*, VALERIE E. RADWANER, JEFFREY J. RECHER, CARL L. REISNER, LORIN L. REISNER, JEANNIE S. RHEE*, WALTER G. RICCIARDI, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JUSTIN ROSENBERG, JACQUELINE P. RUBIN, RAPHAEL M. RUSSO, ELIZABETH M. SACKSTEDER, JEFFREY B. SAMUELS, PAUL L. SANDLER, AARON J. SCHLAPHOFF, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JOHN M. SCOTT, BRIAN SCRIVANI, KYLE T. SEIFRIED, KANNON K. SHANMUGAM*, SUHAN SHIM, CULLEN L. SINCLAIR, AUDRA J. SOLOWAY, SCOTT M. SONTAG, JOSHUA H. SOVEN*, MEGAN SPELMAN, SARAH STASNY, ERIC ALAN STONE, AIDAN SYNNOTT, BRETTE TANNENBAUM, RICHARD C. TARLOWE, DAVID TARR, MONICA K. THURMOND, DANIEL J. TOAL, LAURA C. TURANO, CONRAD VAN LOGGERENBERG, KRISHNA VEERARAGHAVAN, JEREMY M. VEIT, LIZA M. VELAZQUEZ, MICHAEL VOGEL, RAMY J. WAHBEH, JOHN WEBER, LAWRENCE G. WEE, THEODORE V. WELLS, JR., SAMUEL J. WELT, LINDSEY L. WIERSMA, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, AUSTIN WITT, MARK B. WLAZLO, ADAM WOLLSTEIN, JULIA TARVER MASON WOOD, JENNIFER H. WU, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, TAURIE M. ZEITZER, KEN ZIMAN, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

June 6, 2022

**BY ECF**

Honorable Mark L. Wolf
United States District Judge
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

      Re:   *Conservation Law Foundation, Inc.* v. *ExxonMobil Corp., ExxonMobil Oil Corp., ExxonMobil Pipeline Co.*, No. 1:16-cv-11950-MLW

Dear Judge Wolf:

      We write to advise the Court that as of May 31, 2022, the property in Everett, Massachusetts on which ExxonMobil had operated a petroleum storage terminal, the subject of this litigation, is under contract to be sold (the "Property").[1]

---

[1] ExxonMobil notified the Court that it "ha[d] begun to market the Everett Terminal for sale" in a Supplemental Report on Recent Developments, filed on September 27, 2021. *See* ECF No. 117 at 1–2. At a scheduling conference the following week, the Court directed the parties to "inform [it] of any significant developments in the case."

---

*[Handwritten annotation:]* It is hereby ORDERED that the parties shall confer and, by August 4, 2022, report on the status of their discussion and how they propose this case proceed.

*[Margin handwritten:]* MLW, June 7, 2022