UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br>     Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORP., EXXONMOBIL OIL CORP., EXXONMOBIL PIPELINE CO., <br>     Defendants. | C.A. No. 16-11950-MLW |

### ORDER

WOLF, D.J.                                            October 20, 2022

In view of the parties' responses to the June 7, 2022 Order, the court is considering how this case should proceed, including: (a) whether this case should be referred to mediation as requested by plaintiff; and (b) whether as requested by defendants the court should order briefing on the issue of whether the case is moot notwithstanding the fact that there is no longer an agreement for the sale of defendants' Everett, Massachusetts terminal. See, e.g., Friends of the Earth, Inc. v. Laidlaw Env't Services (TOC), Inc., 528 U.S. 167, 193 (2000); Gwaltney of Smithfield, Ltd. v. Chesapeake Bay Found., Inc., 484 U.S. 39, 59 (1987).

It is hereby ORDERED that a videoconference to discuss these issues, among others, shall be held on October 26, 2022, at 2:00 p.m., and shall be attended by a representative of each party with full settlement authority in addition to counsel.

_____
UNITED STATES DISTRICT JUDGE

2