UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CONSERVATION LAW FOUNDATION,      )
INC.,                             )
     Plaintiff,                   )
                                  )
     v.                           )    C.A. No. 16-11950-MLW
                                  )
EXXONMOBIL CORP., EXXONMOBIL      )
OIL CORP., EXXONMOBIL             )
PIPELINE CO.,                     )
     Defendants.                  )
```

ORDER

WOLF, D.J.                                        October 26, 2022

For the reasons stated in court at the October 26, 2022 hearing, it is hereby ORDERED that:

1. The parties shall confer, initially concerning settlement, and report, by December 1, 2022, jointly if possible, separately if necessary: (a) whether they have reached an agreement to resolve this case; (b) if no settlement has been reached, whether they request additional time to discuss settlement or whether they instead want to go to mediation with a private mediator, a magistrate judge, or this court; and (c) if the parties want to litigate whether any of the claims in this case are moot, describe their positions on the discovery plaintiff Conservation Law Foundation requests concerning defendant ExxonMobil's proposed Motion to Dismiss, and what schedule for discovery and briefing they propose.

2. The parties shall order the transcript of the October 26, 2022 hearing on an expedited basis.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```