UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY, <br><br> Defendants. | Case No. 1:16-cv-11950-MLW |

**JOINT STATUS REPORT**

Pursuant to the Court's October 26, 2022 order (ECF No. 149), Plaintiff Conservation Law Foundation ("CLF") and Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company (collectively, "ExxonMobil") respectfully submit the following Joint Status Report.

As instructed by the Court, following the October 26, 2022 conference, the parties have pursued settlement discussions. The parties had an initial teleconference on November 3, and a second call on November 16. On November 22, CLF sent ExxonMobil a proposed settlement term sheet, which ExxonMobil is reviewing.

The parties are hopeful that progress can be made with additional discussion and negotiation. Provided the Court agrees, the parties propose that, by January 18, 2023, the parties report to the Court again regarding the status of their discussions and, if no settlement has been reached, whether they request additional time; would like to pursue mediation; or want to litigate whether any of the claims in this case are moot and, if so, their position on the discovery sought

1

2

by CLF concerning a potential motion to dismiss on mootness grounds, per the Court's October 26, 2022 order.

DATED: December 1, 2022

CONSERVATION LAW FOUNDATION, INC.,

By its attorneys,

By: /s/ Elizabeth B. Petersen
Allan Kanner (*pro hac vice*)
Elizabeth B. Petersen (*pro hac vice*)
Allison S. Brouk (*pro hac vice*)
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA  70130
Tel: (504) 524-5777
Fax: (504) 524-5763
a.kanner@kanner-law.com
e.petersen@kanner-law.com
a.brouk@kanner-law.com

Christopher M. Kilian (*pro hac vice*)
CONSERVATION LAW FOUNDATION, INC.
15 East State Street, Suite 4
Montpelier, VT  05602
(802) 223-5992 x4011
ckilian@clf.org

Margaret Nivison (BBO# 699047)
Alexandra S. Pierre (BBO# 706739)
CONSERVATION LAW FOUNDATION, INC.
62 Summer Street
Boston, MA 02110
(617) 350-0990
mnivison@clf.org
aestpierre@clf.org

Respectfully submitted,

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, and
EXXONMOBIL PIPELINE COMPANY,

By their attorneys,

By: /s/ Daniel J. Toal
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000
Fax: (212) 757-3990
twells@paulweiss.com
dtoal@paulweiss.com

By: /s/ Deborah E. Barnard
Deborah E. Barnard (BBO # 550654)
Jessica R. Early (BBO # 672878)
HOLLAND & KNIGHT LLP
10 St. James Avenue
11th Floor
Boston, MA  02116
(617) 523-2700
Fax: (617) 523-6850
deborah.barnard@hklaw.com
jessica.early@hklaw.com

## CERTIFICATE OF SERVICE

I, Daniel J. Toal, hereby certify that, in accordance with Local Rule 5.2(b), the foregoing document was filed through the ECF system on December 1, 2022, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Daniel J. Toal
Daniel J. Toal