# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY, <br><br> Defendants. | Case No. 1:16-cv-11950-MLW |

## JOINT STATUS REPORT

Pursuant to the Court's October 26, 2022 and January 23, 2023 orders (ECF Nos. 149, 155), Plaintiff Conservation Law Foundation ("CLF") and Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company (together, "ExxonMobil") respectfully submit the following Joint Status Report.

Since their January 18, 2023 status report, *see* ECF No. 154, the parties have continued to pursue settlement discussions, including through the exchange of proposed settlement terms, and have made further progress towards reaching a resolution of the case.

The parties remain hopeful that progress can continue to be made with additional discussion and negotiation. Accordingly, the parties request that they be allowed additional time to pursue settlement. Provided the Court agrees, the parties propose that, by March 17, 2023, the parties report to the Court again regarding the status of their discussions and, if no settlement has been reached by that time, their proposal for how the case should proceed, per the Court's October 26, 2022 order.

| | |
|---|---|
| DATED: February 17, 2023 | Respectfully submitted, |
| CONSERVATION LAW FOUNDATION, INC., | EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY, |
| By its attorneys, | By their attorneys, |
| By: /s/ Allison S. Brouk<br>Allan Kanner (*pro hac vice*)<br>Elizabeth B. Petersen (*pro hac vice*)<br>Allison S. Brouk (*pro hac vice*)<br>KANNER & WHITELEY, LLC<br>701 Camp Street<br>New Orleans, LA  70130<br>Tel: (504) 524-5777<br>Fax: (504) 524-5763<br>a.kanner@kanner-law.com<br>e.petersen@kanner-law.com<br>a.brouk@kanner-law.com<br><br>Christopher M. Kilian (*pro hac vice*)<br>CONSERVATION LAW FOUNDATION, INC.<br>15 East State Street, Suite 4<br>Montpelier, VT  05602<br>(802) 223-5992 x4011<br>ckilian@clf.org<br><br>Margaret Nivison (BBO# 699047)<br>Alexandra S. Pierre (BBO# 706739)<br>CONSERVATION LAW FOUNDATION, INC.<br>62 Summer Street<br>Boston, MA 02110<br>(617) 350-0990<br>mnivison@clf.org<br>aestpierre@clf.org | By: /s/ Daniel J. Toal<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Theodore V. Wells, Jr. (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>(212) 373-3000<br>Fax: (212) 757-3990<br>twells@paulweiss.com<br>dtoal@paulweiss.com<br><br>By: /s/ Deborah E. Barnard<br>Deborah E. Barnard (BBO # 550654)<br>Jessica R. Early (BBO # 672878)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>11th Floor<br>Boston, MA  02116<br>(617) 523-2700<br>Fax: (617) 523-6850<br>deborah.barnard@hklaw.com<br>jessica.early@hklaw.com |

## CERTIFICATE OF SERVICE

I, Daniel J. Toal, hereby certify that, in accordance with Local Rule 5.2(b), the foregoing document was filed through the ECF system on February 17, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Daniel J. Toal
Daniel J. Toal