UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY,<br><br>Defendants. | Case No. 1:16-cv-11950-MLW |

### JOINT STATUS REPORT

Pursuant to the Court's October 26, 2022 and August 9, 2023 orders (ECF Nos. 149, 170), Plaintiff Conservation Law Foundation and Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company respectfully submit the following Joint Status Report.

Since their August 4, 2023 status report, *see* ECF No. 169, the parties have continued to pursue settlement discussions, to exchange proposed settlement terms, and have made further progress towards reaching a final resolution of the case.

The parties remain hopeful that progress can continue to be made with additional discussion and negotiation. Accordingly, the parties request that they be allowed additional time to pursue settlement. Provided the Court agrees, the parties propose that, by October 13, 2023, the parties report to the Court again regarding the status of their discussions and, if no settlement has been reached by that time, their proposal for how the case should proceed, per the Court's October 26, 2022 order.

*Allowed and So Ordered.*

*WLW. DJ*
*9/25/23*

1