# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY, <br><br> Defendants. | Case No. 1:16-cv-11950-MLW |

## JOINT STATUS REPORT

Pursuant to the Court's October 26, 2022 and October 16, 2023 orders (ECF Nos. 149, 174), Plaintiff Conservation Law Foundation and Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company respectfully submit the following Joint Status Report.

Since their October 13, 2023 status report, *see* ECF No. 173, the parties have continued to pursue settlement discussions and have reached an agreement in principle to resolve the matter. The parties are currently working toward completion of a final settlement agreement.

The parties request that they be allowed additional time to complete the settlement agreement, which they are attempting to finalize no later than November 30, 2023. Provided the Court agrees, the parties propose that they notify the Court upon execution of a final settlement agreement or report to the Court again by November 27, 2023, regarding the status of their efforts to resolve the matter if a final settlement agreement has not been completed by then.

*[Handwritten annotation:]* Allowed. The request for an extension of the reporting date to November 27, 2023 is hereby Allowed. WCY, DJ 11/22/23