# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc., | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:16-cv-11950-MLW |
| ExxonMobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company, | ) |
| *Defendants*. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's October 26, 2022 and November 22, 2023 Orders, ECF Nos. 149 & 176, Plaintiff Conservation Law Foundation and Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company respectfully submit the following Joint Status Report.

Since their November 16, 2023 status report, ECF No. 175, the parties have continued their efforts to finalize a settlement agreement. The parties aim to have the agreement finalized and signed on or before November 30, 2023.

The parties request that they be allowed additional time to finalize their agreement. Provided the Court agrees, the parties propose that they report again on November 30, 2023 to notify the Court whether they have successfully settled the suit. If the parties have successfully settled, they will notify the Court of their expected timeline for a joint dismissal. If the parties fail to settle, they will report their positions on continued litigation.

| | |
|---|---|
| DATED: November 27, 2023 | Respectfully submitted, |
| CONSERVATION LAW FOUNDATION, INC., | EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY, |
| By its attorneys, | By their attorneys, |
| By: */s/ Margaret M. A. Nivison*<br>Margaret M. A. Nivison (BBO# 699047)<br>Alexandra St. Pierre (BBO# 706739)<br>CONSERVATION LAW FOUNDATION, INC.<br>62 Summer Street<br>Boston, MA 02110<br>(617) 350-0990<br>mnivison@clf.org<br>aestpierre@clf.org<br><br>Christopher M. Kilian (*pro hac vice*)<br>CONSERVATION LAW FOUNDATION, INC.<br>15 East State Street, Suite 4<br>Montpelier, VT 05602<br>(802) 223-5992 x4011<br>ckilian@clf.org<br><br>Allan Kanner (*pro hac vice*)<br>Elizabeth B. Petersen (*pro hac vice*)<br>KANNER & WHITELEY, LLC<br>701 Camp Street<br>New Orleans, LA 70130<br>Tel: (504) 524-5777<br>Fax: (504) 524-5763<br>a.kanner@kanner-law.com<br>e.petersen@kanner-law.com<br>a.brouk@kanner-law.com | By: */s/ Daniel J. Toal*<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Theodore V. Wells, Jr. (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>Fax: (212) 757-3990<br>twells@paulweiss.com<br>dtoal@paulweiss.com<br><br>Deborah E. Barnard (BBO # 550654)<br>Jessica R. Early (BBO # 672878)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>11th Floor<br>Boston, MA 02116<br>(617) 523-2700<br>Fax: (617) 523-6850<br>deborah.barnard@hklaw.com<br>jessica.early@hklaw.com |

## CERTIFICATE OF SERVICE

I, Margaret M. A. Nivison, hereby certify that on November 27, 2023, the foregoing Joint Status Report was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

/s/ *Margaret M. A. Nivison*
Margaret M. A. Nivison (BBO# 699047)

CONSERVATION LAW FOUNDATION, INC.
62 Summer Street
Boston, MA 02110
(617) 350-0990
mnivison@clf.org