**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Conservation Law Foundation, Inc., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:16-cv-11950-MLW |
| ExxonMobil Corporation, | ) |
| ExxonMobil Oil Corporation, and | ) |
| ExxonMobil Pipeline Company, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's October 26, 2022 and November 30, 2023 Orders, ECF Nos. 149 & 178, Plaintiff Conservation Law Foundation and Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company respectfully submit the following Joint Status Report.

The parties expect to enter a Joint Notice of Dismissal on or before January 2, 2024 after the execution of the material terms of the agreement.

Provided the Court agrees, the parties propose that they report again on January 3, 2024 if they have not yet dismissed this action to notify the Court of the status of the settlement and dismissal.

DATED: November 30, 2023

CONSERVATION LAW FOUNDATION, INC.,

By its attorneys,


By: /s/ Margaret Nivison
Margaret M. A. Nivison (BBO# 699047)
Alexandra St. Pierre (BBO# 706739)
CONSERVATION LAW FOUNDATION, INC.
62 Summer Street
Boston, MA 02110
(617) 350-0990
mnivison@clf.org
aestpierre@clf.org

Christopher M. Kilian (*pro hac vice*)
CONSERVATION LAW FOUNDATION, INC.
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x4011
ckilian@clf.org


Allan Kanner (*pro hac vice*)
Elizabeth B. Petersen (*pro hac vice*)
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777
Fax: (504) 524-5763
a.kanner@kanner-law.com
e.petersen@kanner-law.com
a.brouk@kanner-law.com

Respectfully submitted,

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, and
EXXONMOBIL PIPELINE COMPANY,

By their attorneys,


By: /s/ Daniel J. Toal
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
Fax: (212) 757-3990
twells@paulweiss.com
dtoal@paulweiss.com


By: /s/ Deborah E. Barnard
Deborah E. Barnard (BBO # 550654)
Jessica R. Early (BBO # 672878)
HOLLAND & KNIGHT LLP
10 St. James Avenue
11th Floor
Boston, MA 02116
(617) 523-2700
Fax: (617) 523-6850
deborah.barnard@hklaw.com
jessica.early@hklaw.com

## **CERTIFICATE OF SERVICE**

I, Daniel J. Toal, hereby certify that, in accordance with Local Rule 5.2(b), the foregoing

document as filed through the ECF system on November 30, 2023, and will be sent

electronically to the registered participants as identified  on the Notice of Electronic Filing.


/s/ Daniel J. Toal
Daniel J. Toal