## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:16-cv-11950-MLW |
| ) | |
| ExxonMobil Corporation, ) | |
| ExxonMobil Oil Corporation, and ) | |
| ExxonMobil Pipeline Company, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### JOINT STATUS REPORT

Pursuant to the Court's October 26, 2022 and November 30, 2023 Orders, ECF Nos. 149 & 178, Plaintiff Conservation Law Foundation and Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company respectfully submit the following Joint Status Report.

The parties expect to enter a Joint Notice of Dismissal on or before January 2, 2024 after the execution of the material terms of the agreement.

Provided the Court agrees, the parties propose that they report again on January 3, 2024 if they have not yet dismissed this action to notify the Court of the status of the settlement and dismissal.

It is hereby ORDERED that
if this case has not been dismissed
by agreement of the parties they shall,
by January 3, 2024, file a further
status report.

Wolf, D.J.
Dec. 1, 2023