## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, and EXXONMOBIL PIPELINE COMPANY, <br><br> Defendants. | Case No. 1:16-cv-11950-MLW |

## **JOINT STIPULATON OF DISMISSAL WITH PREJUDICE**

Having reached agreement to resolve all matters in controversy in the above-captioned action, the parties, by and through their attorneys, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate as follows:

The above-caption action be and hereby is voluntarily dismissed with prejudice.

IT BE AND HEREBY IS SO STIPULATED:

January 2, 2024

| | |
|---|---|
| /s/          Margaret Nivison           <br>Margaret Nivison (BBO# 699047)<br>CONSERVATION LAW FOUNDATION, INC.<br>62 Summer Street<br>Boston, MA 02110<br>(617) 350-0990<br>mnivison@clf.org<br>aestpierre@clf.org<br><br>Christopher M. Kilian (*pro hac vice*)<br>CONSERVATION LAW FOUNDATION, INC.<br>15 East State Street, Suite 4<br>Montpelier, VT 05602<br>(802) 223-5992 x4011<br>ckilian@clf.org<br><br>Allan Kanner (*pro hac vice*)<br>KANNER & WHITELEY, LLC<br>701 Camp Street<br>New Orleans, LA 70130<br>Tel: (504) 524-5777<br>Fax: (504) 524-5763<br>a.kanner@kanner-law.com<br><br><br>*Attorneys for Plaintiff Conservation Law Foundation, Inc.* | /s/      Daniel J. Toal            <br>Theodore V. Wells, Jr. (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>Fax: (212) 757-3990<br>twells@paulweiss.com<br>dtoal@paulweiss.com<br><br>Deborah E. Barnard (BBO # 550654)<br>Jessica R. Early (BBO # 672878)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>11th Floor<br>Boston, MA 02116<br>(617) 523-2700<br>Fax: (617) 523-6850<br>deborah.barnard@hklaw.com<br>jessica.early@hklaw.com<br><br>*Attorneys for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Pipeline Company* |

## CERTIFICATE OF SERVICE

I, Daniel J. Toal, hereby certify that, in accordance with Local Rule 5.2(b), the foregoing document as filed through the ECF system on January 2, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Daniel J. Toal
Daniel J. Toal